IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY,

    Plaintiff/Counter-Defendant,

v.                                       No. 07-1197

R.H.L., INC. d/b/a TRENTON
APARTMENTS, LTD.,

    Defendant/Counter-Plaintiff.

_____

ORDER DIRECTING PARTIES TO ADVISE THE COURT OF COMPLIANCE
WITH SCHEDULING ORDER REGARDING MEDIATION
_____

    In its scheduling order entered in this matter on February 5, 2008, the Court ordered the parties to engage in court-annexed attorney mediation or private mediation on or before the close of discovery, which was set for May 30, 2009. Counsel for the parties are hereby ORDERED, within eleven (11) days of the entry of this order, to provide to the Court a status report concerning their compliance or noncompliance with the second amended scheduling order as to mediation, including when such mediation occurred and with whom and, if it has not been undertaken, the date upon which it is scheduled or the reasons for its nonoccurrence. Parties are further to advise the Court, in the event they have engaged in mediation that was unsuccessful, whether additional efforts might be beneficial.

    IT IS SO ORDERED this 30th day of September, 2009.

                                                   s/ J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE